IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MICHELLE TAIT, *et al.*, | § | |
|     Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-05-2082 |
| | § | |
| ELI LILLY AND COMPANY, | § | |
|     Defendant. | § | |

## ORDER

It is hereby **ORDERED** that the Joint Motion to Extend Deadlines [Doc. # 24] is **GRANTED** and the following deadlines apply:

| | |
|---|---|
| Discovery Deadline | September 22, 2006 |
| Mediation Deadline | Docket Call |
| Motions Deadline | October 27, 2006 |

The parties are cautioned that if dispositive motions are filed as late as the October 27, 2006 deadline, it is likely that the Joint Pretrial Order and docket call deadlines will need to be extended.

SIGNED at Houston, Texas this _____ day of **August, 2006.**

                                                             Nancy F. Atlas
                                                      United States District Judge